**Beverly Sue RYAN, Clay County Public Administrator, Personal Representative of the Estate of Vernie E. Stover, Respondent,**

v.

**Bruce STOVER, Appellant.**

**No. WD 57954.**

Missouri Court of Appeals, Western District.

May 1, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Application for Transfer Denied Aug. 21, 2001.

J.C. Hambrick, Jr., Kansas City, for Appellant.

Sherrill P Roberts, Liberty, for Respondent.

Before: ELLIS, P.J., LOWENSTEIN and NEWTON, JJ.

### *ORDER*

PER CURIAM.

Appellant, Bruce Stover, was appointed as the guardian and conservator of his brother Vernie, after Vernie was found to be incapacitated and disabled. The public administrator filed a petition for discovery of assets and for the permanent removal of Appellant as Vernie's guardian and conservator, alleging that Appellant had, among other things, acted improperly by: 1) dissipating and disposing of assets; 2) failing to account for assets; and 3) failing to pay debts. Appellant appealed from the trial court's judgment finding that he did not gain any ownership interest in a bank account or car that Vernie signed over to him, and granting the public administrator a $169,292.44 judgment against him. Affirmed. Rule 84.16(b)